UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GRACE C. CHEN,**<br><br>        *Plaintiffs,*<br>v.<br><br>**UBS BUSINESS SOLUTIONS US LLC,**<br><br>        *Defendants.* | Civil Action No. 24-4475(MCA)<br><br>ORDER |

**THIS MATTER** comes before the Court by plaintiff's motion to Amend and Remand ECF Dkt. No. 6;

and it appearing that Judge Wettre issued a Report and Recommendation dated July 31, 2024, in which Judge Wettre recommended that this Court grant leave for plaintiff to amended complaint and remand the matter to the New Jersey Superior Court, Hudson County, ECF, Dkt. No. 6; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation;

**IT IS** on this 4th day of September, 2024,

**ORDERED** that Judge Wettre's Report and Recommendation dated July 31, 2024 is **ADOPTED** and this matter shall be **CLOSED**.

                                          *s/ Madeline Cox Arleo*
                                          **Hon. Madeline Cox Arleo**
                                          **United States District Judge**